# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      Plaintiff,

      -vs-                                Case No. 13-CR-250

**CEDRIC MORRIS,**

      Defendant.

## DECISION AND ORDER

Magistrate Judge William E. Callahan, Jr. has recommended that Defendant Cedric Morris' motion to suppress be denied. Morris' attorney does not object to the recommendation, and neither does the Court. Therefore, the Court adopts the recommendation denying the motion to suppress.

**IT IS HEREBY ORDERED THAT:**

Morris' motion to suppress (ECF No. 46) is DENIED.

Dated at Milwaukee, Wisconsin, this 6th day of January, 2015.

                                      **BY THE COURT:**

                                      _____
                                      **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**